**7/2/2015**                                                                                    **COA No. 02-14-00187-CR**
**SIMINGTON, KENDELL NAJEE    Tr. Ct. No. 1327054D                 PD-0830-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

**7/2/2015** **COA No. 02-14-00187-CR**
**SIMINGTON, KENDELL NAJEE** **Tr. Ct. No. 1327054D** **PD-0830-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

**7/2/2015** **COA No. 02-14-00187-CR**
**SIMINGTON, KENDELL NAJEE Tr. Ct. No. 1327054D PD-0830-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

DISTRICT ATTORNEY  TARRANT COUNTY
SHAREN WILSON
401 WEST BELKNAP
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

**7/2/2015**                                         **COA No. 02-14-00187-CR**
**SIMINGTON, KENDELL NAJEE**     **Tr. Ct. No. 1327054D**        **PD-0830-15**
The Appellant's Petition for Discretionary Review has this day been filed. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

KIMBERLEY S. CAMPBELL
FACTOR & CAMPBELL
5719 AIRPORT FREEWAY
FORT WORTH, TX 76117
* DELIVERED VIA E-MAIL *